IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN RILEY,<br>                Plaintiff,<br><br>vs.<br><br>LOUIS S. FOLINO, Superintendent, State Correctional Institution Greene; L. WINFIELD, Major-C.O. 5, State Correctional Institution Greene; T. D. JACKSON, Deputy Superintendent – SCI - Greene; BRENDA MARTIN, Unit Manager – SCI – Greene; MICHAEL SMITH, Acting Corrections Classification Program Manager – SCI – Greene; ROBERT McCOMBIE, Corrections Activity Manager I at SCI – Greene; BRIAN COLEMAN, Deputy Superintendent of Facility Management - SCI – Greene; LAUREL HARRY, Unit Manager at SCI – Greene; CARLA SWARTZ, Unit Manager at SCI – Greene; JEFFREY MARTIN, Deputy Superintendent of Facility Management SCI – Greene; STEVE CRISTINI, Corrections Counselor, I, SCI – Greene; DONNA NICKOLAS, Correctional Counselor, II, SCI – Greene; IMAM ABUBAKAR MUHAMMAD, Acting FCPD – SCI – Greene; MARK CAPOZZA, Deputy Superintendent of Centralize Service – SCI – Greene,<br>                Defendants. | Civil Action No. 08-1675<br>Judge Nora Barry Fischer/<br>Magistrate Judge Maureen P. Kelly |

## ORDER

AND NOW, this _14th_ day of May, 2012, after the Plaintiff, Nathan Riley, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until May 4, 2012, to file written objections thereto, and upon consideration of the objections filed by Plaintiff, and upon independent review

of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Amended Complaint [ECF No. 79] is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties wish to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

BY THE COURT,

/s/ 
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Nathan Riley
CT-8571
175 Progress Drive
SCI Greene
Waynesburg, PA 15370

All Counsel of Record via EM/ECF